**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**OLIVER THOMAS,**

      **Plaintiff,**

**v.**                                             **Case No. 5:25cv364-MCR/MJF**

**CAPTAIN BAKER and SERGEANT**
**MALTOS,**

      **Defendants.**

_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated February 5, 2026.  ECF No. 8.  The Court has furnished Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation, ECF No. 8, is adopted and incorporated by reference in this order.

2.     Plaintiff's section 1983 claims are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a plausible claim for relief.

3.      Plaintiff's state law claim is **DISMISSED without prejudice**.

4.      The Clerk is directed to close the case file.

**DONE AND ORDERED** this 4th day of May 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**